**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Certain Underwriters at Interest at Lloyd's of London,**     Plaintiff,  v.  **United Parcel Service of America, Inc.,**     Defendant. | CIVIL ACTION   NO. 13-1087 |

# **O R D E R**

**AND NOW**, this 28th day of October 2013, after review of the briefs related to the pending Motion to Dismiss the Amended Complaint (ECF 10), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss is GRANTED, and Plaintiffs' Amended Complaint is DISMISSED, with prejudice, in its entirety.

                                                            **BY THE COURT:**

                                                            **/s/ Michael M. Baylson**
                                                            _____
                                                            **MICHAEL M. BAYLSON, U.S.D.J.**


O:\CIVIL 13\13-1087 certain underwriters v. united parcel\13cv1087.102813.order.mtd.docx